UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 25-cv-04525-EKL<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 11 |

On May 29, 2025, Plaintiff filed this case seeking judicial review and correction of his military discharge characterization, ECF No. 1 ("Complaint"), and an application to proceed *in forma pauperis*, ECF No. 2 ("IFP Application"). On August 15, 2025, Judge Virginia K. DeMarchi granted the IFP application, but upon screening the complaint, found that it failed to state a claim. Order, ECF No. 7. On September 10, 2025, Plaintiff filed an amended complaint. ECF No. 8. On September 15, 2025, Judge DeMarchi found that the amended complaint included sufficient allegations "to permit him to proceed with the action without prepayment of the filing fee." Order, ECF No. 9. Judge DeMarchi ordered Plaintiff to file an amended proposed summons by September 29, 2025, to facilitate service of the amended complaint. *Id.*

On November 5, 2025 – well after Plaintiff's deadline to file the summons had passed – Judge DeMarchi issued an order explaining that Plaintiff's failure to file the summons was impeding service of the amended complaint. Order, ECF No. 10. Judge DeMarchi ordered Plaintiff to file the summons by November 19, 2025. *Id.* The order also informed Plaintiff that failure to meet the extended deadline may result in a recommendation of dismissal of this case without prejudice. *Id.*

1       On November 21, 2025, after the extended deadline was missed, Judge DeMarchi issued a
2  report and recommendation to dismiss the case without prejudice for failure to prosecute and
3  failure to comply with court orders.  Report, ECF No. 11.  The December 5, 2025, deadline to file
4  objections to the report and recommendation has passed.  This Court also provided Plaintiff an
5  additional fourteen days before ruling on the report and recommendation.  As of the date of this
6  Order, Plaintiff has not responded to Judge DeMarchi's prior orders, nor has he objected to the
7  report and recommendation.

Having reviewed Judge DeMarchi's report and recommendation, the Court finds that it is correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, this case is DISMISSED without prejudice.  When a court dismisses a case without prejudice, it means that the plaintiff is not precluded from reasserting the dismissed claims at a future date.  However, Plaintiff should be aware that there may be a time limit on his ability to bring his claims, which is known as a statute of limitations.  Plaintiff's claims may be time-barred if he fails to timely prosecute them within the applicable statute of limitations.

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
EUMI K. LEE
United States District Judge